Pamela MELVIN, Plaintiff–Appellant,

v.

Tracy NAYLOR; Guardian Hart Medical Care, Defendants–Appellees.

No. 16-1205

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2016

Decided: October 3, 2016

Pamela Melvin, Appellant Pro Se. Ginger Bagley Hunsucker, Cranfill, Sumner & Hartzog, LLP, Raleigh, North Carolina, for Appellees.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Melvin appeals the district court's various pretrial orders, final order dismissing her civil complaint, and a subsequent order denying her motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Melvin v. Naylor, No. 5:14–cv–00486–BO (E.D.N.C. Nov. 13, 2015; Feb. 25, 2016). We grant Melvin's motion to exceed the length limitations for her informal reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED